JOSEPH MEEHAN, as Executor of ELIZA MEEHAN, Deceased, Appellant, *v.* THE EMIGRANT INDUSTRIAL SAVINGS BANK et al., Respondents.

*Banks and banking — savings banks — title — action to determine ownership of savings bank account.*

*Meehan* v. *Emigrant Industrial Savings Bank*, 213 App. Div. 807, affirmed.

(Argued October 22, 1925; decided November 24, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1925, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term directing a dismissal of the complaint and directing that defendant savings bank pay a sum on deposit to defendant Quirk. The action was brought to determine the ownership of the account which stood in the name of " Eliza Meehan for niece Lizzie Quirk." Plaintiff, the son and executor of Eliza Meehan, deceased, claimed the fund as part of the assets of her estate.

*T. Louis A. Britt* for appellant.

*John Caldwell Myers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

———————

CATHERINE V. TROWBRIDGE, Appellant, *v.* KATIE OEHMSEN, Respondent.

*Rescission — false representations — real property — action to rescind deed and bond and mortgage and recover purchase money on ground of false representations.*

*Trowbridge* v. *Oehmsen*, 207 App. Div. 740, affirmed.

(Argued October 22, 1925; decided November 24, 1925.)

APPEAL from a judgment, entered May 18, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the